SO ORDERED:

DAVID N. HURD
United States District Judge
Dated:
10/29/13     Utica, NY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

THE WERCS, LTD.,

                        Plaintiff,      **STIPULATION OF DISMISSAL**
- against -                                 Civil Action No: 1:13-CV-1120 (DNH/CFH)

STEFFAN KILMER and ENVIANCE, INC.,

                        Defendants.

The parties hereto, by their respective counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss all claims, counterclaims and affirmative defenses, with prejudice, and without costs, disbursements or attorneys' fees to any party.

SO STIPULATED:

Dated: October 23, 2013

Roland M. Cavalier, Esq.
TUCZINSKI, CAVALIER & GILCHRIST, P.C.
*Attorney for Plaintiff, THE WERCS, LTD.*
Federal Bar Roll No.: 103775
54 State Street, Suite 803
Albany, New York 12207
Tel: (518) 463-3990
Email: rcavalier@tcglegal.com

Dated: October 23, 2013

Micha Danzig, Esq.
MINTZ LEVIN COHN FERRIS GLOVSKY
  AND POPEO, P.C.
*Attorneys for Defendants, Steffan Kilmer and Enviance, Inc.*
3580 Carmel Mountain Road, Suite 300
San Diego, California 92130
Tel: (858) 314-1500
Email: MDanzig@Mintz.com